# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RONNIE FLOW**                                                                          **PLAINTIFF**
**ADC # 097599**

**v.**                              **No. 4:24-cv-1034-DPM**

**JOHN FELTS, Chair, Arkansas**
**Post Prison Transfer Board;**
**BRENT MORGAN, Member,**
**Arkansas Post Prison Transfer**
**Board;   LONA MCCASTLAIN,**
**Director, Arkansas Post Prison**
**Transfer Board;   WILLIE ROBINSON,**
**Member, Arkansas Post Prison**
**Transfer Board;   ANDY SHOCK,**
**Member, Arkansas Post Prison**
**Transfer Board;   WENDY LYALS,**
**Member, Arkansas Post Prison**
**Transfer Board;   SARAH HUCKABEE**
**SANDERS, Governor, Arkansas;   and**
**DOUG SMITH, Member, Arkansas**
**Post Prison Transfer Board**                                              **DEFENDANTS**

## ORDER

Flow hasn't paid the filing fee or moved to proceed *in forma pauperis* and the time to do so has passed.  *Doc. 3.*  His complaint will therefore be dismissed without prejudice.  Local Rule 5.5(c)(2).  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_WPMarshallJr._
D.P. Marshall Jr.
United States District Judge

_12 February 2025_